UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES T. MICELI (1),<br><br>　　　　　Defendant. | Criminal Case No. 12-CR-918-BEN<br><br>**ORDER DISMISSING INDICTMENT AND JUDGMENT OF DISMISSAL AGAINST DEFENDANT JAMES T. MICELI AND ORDER EXONERATING BOND** |

Upon the motion of the United States, IT IS ORDERED that the Indictment be and is hereby dismissed against Defendant James T. Miceli. Bond is exonerated.

Dated: March __, 2013

HONORABLE ROGER T. BENITEZ
United States District Court Judge